**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael Christopher SCHMITT, Defendant—Appellant.**

**No. 04–50500.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Filed July 24, 2006.

Shanna L. Dougherty, USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Chase Scolnick, FDSD—Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: B. FLETCHER, TROTT and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Michael Christopher Schmitt appeals from the sentence imposed upon him following the revocation of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

We reject Schmitt's contention that the supervised release statute violates the Sixth Amendment. *See United States v. Huerta–Pimental,* 445 F.3d 1220 (9th Cir. 2006).